IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEDRO VELEZ,** | : Civil No. 1:20-cv-0038 |
| **Plaintiff,** | : |
| v. | : |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** | : |
| | : **Judge Sylvia H. Rambo** |
| **Defendants.** | : |

## O R D E R

Before the court is a report and recommendation of the magistrate judge in which she recommends that the court dismiss Petitioner Pedro Velez's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) without prejudice to Velez filing a civil rights action. No objections have been filed to the report and recommendation.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record and upon a careful review of the report and recommendation, the court is satisfied that the report and

recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 10) is **ADOPTED**;

2) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** without prejudice; and

3) The Clerk of Court is directed to close this case.

<u>s/Sylvia H. Rambo</u>
United States District Judge